IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF __Ohio__
__Eastern__ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

__Samuel Darnell Yates__

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

__Patricia Ann Averiette-Yates__
__Sandra Bennett-Robinson__

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. __5:19 CV 1895__
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*



FILED
AUG 21 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

**JUDGE LIOI**

**MAG. JUDGE LIMBERT**

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Samuel Darnell Yates
Street Address: 175 E. Market St.
City and County: Akron, Summit
State and Zip Code: Ohio 44308
Telephone Number: (234) 817-7094
E-mail Address: Syates7450@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Patricia Ann Averiette-Yates
Job or Title (if known):
Street Address: 50 Central Ave.
City and County: Dayton, Montgomery
State and Zip Code: Ohio (N/A)
Telephone Number: N/A
E-mail Address (if known): N/A

Defendant No. 2

Name: Sandra Bennett-Robinson
Job or Title (if known):
Street Address: N/A
City and County: Colorado Springs, El Paso

2

        State and Zip Code    Colorado 80910
        Telephone Number    (N/A)
        E-mail Address    (N/A)
        (if known)

Defendant No. 3

    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 4

    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Environmental Matters *(abandonment - Kidnapping - human trafficking, "identity theft")_

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

They have kidnapped me from (since) 1974 - Colorado and have been partying, boozing, and druging with celebrities; drug dealers; police-officers. "So that I couldn't have a life-if I didn't know the truth about whom I really and honestly is are.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Patty Kidnapped me from the State of Colorado, and your City and Community think that I'm this black-boy (San Yates) born and raised from and in the Streets of Akron Ohio, But I'm not! I was born in Colorado - and brought to Ohio when I was (2); taken back to Colorado until I was (4); then brought back to Ohio on St. Michael's St. in Akron, OH. 44320. "Identity theft - states a baby might not ever see the truth until their in their 40's". Patty was going to bash my (white) incubator glass window in my face with her black-self, so I was as nice as possible and made her think I was the child I knew she had in the second incubator, I was in the fourth-one. So I turned myself "black" or else she was gun'a kill this white-boy.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

That my name and Social Security number be changed from Yates into Bennett. And my birth certificate to say and have the seal of the state Colorado on it. And for my Social Security number to be changed as well as my race from: African-American into my rightful inheritance decendents of: "Caucasian" because my birth "my is (white) - Sandy Robinson.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8\21\ , 2019.

Signature of Plaintiff  *Samuel Darnell Yates*
Printed Name of Plaintiff _____

B. **For Attorneys**

Date of signing: _____, 20__.

6

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

Case: 5:19-cv-01895-SL  Doc #: 1  Filed: 08/21/19  7 of 7.  PageID #: 7