10/3/2019

United States District [Court]
the Northern District of Ohio

To Whom It May Concern:

This is Mr. Samuel Darnell Yates formerly of: 175 East Market St., Akron, OH. 44308.

Which I have moved into my own residency and my new address is: 811 Summer St. (nev)
Akron, Ohio
44311
234-817-7094

FILED
OCT - 3 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Thank you, respectively,

Mr. Samuel Darnell Yates

5:19-cv-01504-SL
5:19-cv-01769-SL
5:19-cv-01802-JRA
5:19-cv-01895-SL