# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL DARNELL YATES, | ) | CASE NO. 5: 19 CV 1895 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | JUDGMENT ENTRY |
| | ) | |
| | ) | |
| PATRICIA ANN AVERIETTE YATES, *et* | ) | |
| *al*., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

In accordance with the Court's accompanying Memorandum Opinion and Order, the complaint of plaintiff Samuel Darnell Yates is dismissed pursuant 28 U.S.C. § 1915(e)(2)(B). The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED**.

Dated: December 19, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**